UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ANIL KUMAR SINGLA,

                Plaintiff(s)

        -against-

SHERWOOD PARTNERS, INC., et al.,

                Defendant(s).
----------------------------------------------------------X

24 civ 4190 (JGK)

## ORDER

The conference scheduled for Thursday, September 26, 2024, at 4:00pm, is canceled.

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      September 18, 2024