```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------

ANIL KUMAR SINGLA,

                Plaintiff,        24-cv-4190 (JGK)

    - against -              ORDER

SHERWOOD PARTNERS, INC., ET AL.,

                Defendants.

-----------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by October 21, 2024.

SO ORDERED.

Dated:    New York, New York
         October 7, 2024

                                            _____
                                              John G. Koeltl
                                       United States District Judge