UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANIL KUMAR SINGLA,
                          Plaintiff(s)

       -against-

SHERWOOD PARTNERS, INC., et al,
                          Defendant(s).
-----------------------------------------------------------X

24 civ 4190 (JGK)

**ORDER**

A Rule 26(f) report having been submitted, today,

The conference scheduled for November 4, 2024, at 4:30pm, is canceled.

**SO ORDERED.**

                                                                  **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        October 21, 2024