UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ANIL KUMAR SINGLA,

                        Plaintiff,                    24 Civ. No. 4190 (JGK) (GS)

      -against-

                                                **VIDEO CONFERENCE**
SHERWOOD PARTNERS, INC., *et al*,           **SCHEDULING ORDER**

                        Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Wednesday, April 23, 2025 at 10:00 a.m.**, to discuss the discovery dispute raised in Plaintiff's April 16, 2025 letter motion (Dkt. No. 50). Defendants are reminded that pursuant to the undersigned's individual practice rules, available at https://nysd.uscourts.gov/hon-gary-stein, any responsive letter should be submitted within three business days following the submission of a letter motion, *i.e.*, by today, April 21, 2025.

      The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [297 169 733 485 8] Passcode: [5X5se3Ni]**

      **SO ORDERED.**

DATED:     New York, New York
               April 21, 2025

                                                                   _____
                                                                  The Honorable Gary Stein
                                                                  United States Magistrate Judge