UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ANIL KUMAR SINGLA,**

**Plaintiff,**

**- against -**

**SHERWOOD PARTNERS, INC., ET AL,**

**Defendants.**

**24-cv-4190 (JGK)**

**Order**

**JOHN G. KOELTL, District Judge:**

The plaintiff has filed an amended complaint. See ECF No. 10. That complaint fails to assert jurisdiction based on the complete diversity of citizenship of the parties. It alleges that the plaintiff is a "resident" of Florida, Amend. Compl. ¶ 15, ECF No. 10, but fails to allege that the plaintiff was a "citizen" of Florida at the time the litigation was filed. As for the defendants, it alleges that the defendant Sherwood Partners, Inc. has a principal place of business in California but fails to allege the state of that defendant's incorporation. See id. at ¶ 16. A corporation has the citizenship of both its place of incorporation and its principal place of business for the purposes of diversity jurisdiction. See 28 U.S.C. § 1332(c); Sty-Lite Co. v. Eminent Sportswear Inc., 115 F. Supp. 2d 394, 398 (S.D.N.Y. 2000) ("[I]f either the corporation's place of incorporation or principal place of business destroys diversity, then the courts will not have diversity jurisdiction."). The amended complaint also includes four limited liability corporations ("LLCs") as defendants but fails to allege the citizenship of the members of each LLC, including the state of incorporation

and principal place of business for each member corporation and the citizenship of each natural member. See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship, 213 F.3d 48, 51–52 (2d Cir. 2000).

The plaintiff should provide the missing allegations in a declaration filed with the Court by September 24, 2026.

**SO ORDERED.**

**Dated:** **New York, New York**
**September 9, 2026**

**John G. Koeltl**
**United States District Judge**