UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIL KUMAR SINGLA,

Plaintiff,

- against -

SHERWOOD PARTNERS, INC., ET AL,

Defendants.

24-cv-4190 (JGK)

Order

John G. Koeltl, District Judge:

As discussed at the telephone conference held today, the defendants should file a revised Rule 7.1 Statement, as well as an explanation of the various corporate changes with respect to the defendants in this case, by **October 23, 2026**.

SO ORDERED.

Dated: New York, New York
October 7, 2026

John G. Koeltl
United States District Judge