UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIL KUMAR SINGLA,

Plaintiff,

- against –

SHERWOOD PARTNERS, INC., ET AL,

Defendants.

24-cv-4190 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are directed to appear by telephone for a conference in connection with the plaintiff's anticipated motion to reopen discovery for a limited purpose and for leave to amend on **Thursday, November 12, 2026, at 12:00 p.m.**

Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated: New York, New York
November 2, 2026

John G. Koeltl
United States District Judge