UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANIL KUMAR SINGLA,

Plaintiff,

- against -

SHERWOOD PARTNERS, INC.,

Defendant.

24-cv-4190 (JGK)

Order

**John G. Koeltl, District Judge:**

As discussed at the telephone conference on November 12, 2026, the parties should meet and confer about the conditions and schedule under which discovery should be reopened. The parties are directed to file a joint letter to the Court with an update and proposed schedule by **Wednesday, November 18, 2026.**

SO ORDERED.

Dated: New York, New York
November 13, 2026

John G. Koeltl
United States District Judge